UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Stephanie J. Keele

        v.                                Civil No. 12-cv-24-JD

Colonial Imports Corp.
d/b/a Toyota of Nashua


                        O R D E R


        Stephanie J. Keele brought claims against her former

employer, Toyota of Nashua, arising from allegations of sexual

harassment during her employment.  Toyota of Nashua moved for

judgment on the pleadings as to Keele's claims for negligent

supervision, negligent hiring and retention, and negligent

training.  In response, Keele moved to withdraw those claims from

her amended complaint, and her motion was granted.

                        Conclusion

        For the foregoing reasons, the defendant's motion for

judgment on the pleadings (document no. 37) is terminated as

moot.

        SO ORDERED.

                        _____
                        Joseph A. DiClerico, Jr.
                        United States District Judge

August 6, 2012

cc:  Adam J. Chandler, Esquire
     John P. Sherman, Esquire
     Christopher T. Vrountas, Esquire